

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2016

No. 04-15-00480-CV

**LIBERTY SPORT AVIATION, L.P.,**
Appellant

v.

**TEXAS HILL COUNTRY BANK,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

We grant appellee's motion for extension of time to file its brief and order Texas Hill Country Bank's brief due June 13, 2016 (sixty-one days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court